

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Amanda Bellamy,                                    * From the 238th District Court
                                                     of Midland County,
                                                     Trial Court No. CV58440.

No. 11-23-00105-CV                                 * July 25, 2024

Allegiance Benefit Plan Management,                * Opinion by Trotter, J.
Inc.,                                                (Panel consists of: Bailey, C.J.,
                                                     Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Amanda Bellamy.